# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

KRAIG BRANNER,

        Plaintiff,

    v.

COMTECH SATELLITE NETWORK TECHNOLOGIES, INC., a Delaware Stock Corporation; and DOES 1-25, inclusive,

        Defendant.

Case No. 5:25-cv-06097

Assigned For All Purposes to District Judge Noël Wise

**[PROPOSED] ORDER ON STIPULATION TO BE REFERRED TO COURT-SPONSORED MEDIATION**

[PROPOSED] ORDER ON STIPULATION TO BE REFERRED TO COURT-SPONSORED MEDIATION

DOCUMENT PREPARED ON RECYCLED PAPER

## [PROPOSED] ORDER

Before the Court are Plaintiff Kraig Branner's ("Plaintiff") and Defendant Comtech Satellite Network Technologies, Inc.'s ("Defendant") (collectively, the "Parties") Stipulation to Be Referred To Court-Sponsored Mediation ("Stipulation"), filed on March 20, 2026. Having considered the Parties Stipulation and the record in this case, and pursuant to Civil Local Rule 7-1(b), the Court finds this matter appropriate for resolution without oral argument, unless otherwise ordered under Judge Wise's Civil Standing Order.

**IT IS HEREBY ORDERED THAT** the Stipulation to be Referred to Court-Sponsored Mediation, stipulated and agreed by and between the Parties through their respective counsel of record, is **GRANTED**.

1.     The Action is referred to court-sponsored mediation.

**IT IS SO ORDERED.**

Dated:     March 23, 2026          _____
HONORABLE NOEL WISE
United States District Judge

DOCUMENT PREPARED
ON RECYCLED PAPER

[PROPOSED] ORDER ON STIPULATION TO BE REFERRED TO COURT-SPONSORED MEDIATION