United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KRAIG BRANNER,

        Plaintiff,

    v.

COMTECH SATELLITE NETWORK
TECHNOLOGIES, INC.,

        Defendant.

Case No. 25-cv-06097-NW

**ORDER FOLLOWING JULY 7, 2026
CASE MANAGEMENT CONFERENCE**

Re: ECF No. 33

On July 7, 2026, the Court held a case management conference with the parties to discuss the pending motion to substitute and the current posture of the case. Defendant confirmed that it did not oppose Plaintiff's motion procedurally. Accordingly, the Court GRANTED Plaintiff's motion. The Clerk of the Court is directed to substitute "Melissa Chee, Martha Branner, and Dr. George Branner, as co-successors in interest of Kraig Branner, Deceased" for "Kraig Branner" as Plaintiffs in this action.

As discussed on the record, the parties shall immediately reach out to the Court's ADR division to schedule court-sponsored mediation. The parties must complete ADR by no later than August 21, 2026.

The Court SETS a further case management conference and an ADR compliance deadline for 9:00 a.m. on August 25, 2026.

All other dates set forth in the Trial Setting Order at ECF No. 20 remain in place.

**IT IS SO ORDERED.**

Dated: July 7, 2026

_____

Noël Wise
United States District Judge